■ RICHARD H. WARNER, Individually and as Guardian of MARY DOROTHY WARNER, an Incapacitated Person, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 98768.) RICHARD H. WARNER, as Executor MARY DOROTHY WARNER, Deceased, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 105712.) (Appeal No. 2.) [999 NYS2d 783]—Appeal from an order of the Court of Claims (Michael E. Hudson, J.), entered March 26, 2014. The order denied the motion of claimant seeking leave to reargue and renew.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *Warner v State of New York* ([appeal No. 1] 125 AD3d 1324 [2015]). Present—Centra, J.P., Peradotto, Lindley, Sconiers and DeJoseph, JJ.